435 A.2d 637

Commonwealth v. Forsyth, Appellant.

Petition for Allowance of Appeal Denied Nov. 19, 1981.

Argued June 11, 1980. Donald Faulkner, for appellant; Martin A. Flayhart, District Attorney, will not file a brief on behalf of Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.

435 A.2d 637

Commonwealth v. Govan, Appellant.

Submitted December 5, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.